## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| (1) | THERESA MARIE SANDERS, an individual, | |
| (2) | ADRIAN KEMOHAH SANDERS, an individual, | |
| (3) | MAHADA BERNADETTE SANDERS, an individual, | |
| (4) | JAMES P. BOESE, an individual, | |
| (5) | MONICA BOESE, an individual, | |
| (6) | ALYSHA BOESE, an individual, | |

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS,

v.

(1)    GRAND RIVER DAM AUTHORITY,

DEFENDANT/COUNTERCLAIMANT/
THIRD-PARTY PLAINTIFF,

v.

(1)    KAMO ELECTRIC COOPERATIVE, INC.,
(2)    NOAH KEMOHAH, an individual,
(3)    15 ACRES OF LAND IN OSAGE COUNTY, OKLAHOMA,
(4)    THE UNITED STATES, and
(5)    FRED G. DRUMMOND RANCHES, INC.,

THIRD-PARTY DEFENDANTS.

CASE NO.: 24-CV-00258-MTS
MAGISTRATE JUDGE MARK T. STEELE

## ENTRY OF APPEARANCE

Brice W. Bisel, of Hornbeek Vitali & Braun, PLLC, hereby enters his appearance as counsel of record on behalf of Third-Party Defendant KAMO Electric Cooperative, Inc.

1

I certify that I am admitted to practice in this Court and that I am registered in this Court's Electronic Case Filing System.

Respectfully submitted,

**Hornbeek, Vitali & Braun, PLLC**

By: ___/s/Brice W. Bisel_____
Brice W. Bisel, OBA 30986
bisel@hvblaw.com
Hornbeek, Vitali & Braun, PLLC
3711 North Classen Boulevard
Oklahoma City, OK 73118
(405) 236-8600 Telephone
(405) 236-8602 Facsimile

***Attorneys for Defendant,***
***KAMO Electric Cooperative, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2025 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing on the following ECF registrants:

Noah J. Kemohah                         Randall E. Long
Against-the-Wind Law, LLC               Austin T. Jackson
705 West Rogers Blvd.                   Caleb S. McKee
Skiatook, OK 74070                      P.O. Box 21100
***Attorneys for Plaintiff***          Tulsa, Oklahoma 74121-1100
                                        (918) 582-1173; fax: (918) 592-3390
                                        ***Attorneys for Defendant,***
                                        ***Grand River Dam Authority***

/s/Brice W. Bisel

_____
Brice W. Bisel